COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**NOTICE OF ORDER ON MOTION**

Cause number:        01-12-01167-CV

Style:        The Board of Trustees of the Houston Firefighters Relief and Retirement Fund

**v** The City of Houston

Date motion filed[*]:        March 18, 2013

Type of motion:        Motion for extension filed

Party filing motion:        Court reporter

Document to be filed:        Reporter's Record

Is appeal accelerated?        No

If motion to extend time:

     Original due date:        February 19, 2013

     Number of previous extensions granted:        0        Current Due date: February 19, 2013

     Date Requested:        April 22, 2013

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due: April 22, 2013

         ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

Judge's signature:    /s/ Jim Sharp _____

           ☑ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date: May 9, 2013 _____